## 28225. SCOTT v. CALDWELL.

Jerome Scott, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*